**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00008-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALVARO TELLEZ-FUENTES,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court *sua sponte*. This matter is set for a change of plea hearing on Friday, March 11, 2011, commencing at 2:30 p.m. An earlier time on the court's calendar has become available. After conferring with counsel and with their consent,

    **IT IS ORDERED** as follows:

    1. That the change of plea hearing set for Friday, March 11, 2011, at 2:30 p.m., is **VACATED** and is **RESET** to **1:30 p.m.** on that date; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.